# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

              Plaintiff,

     v.

CESAR CALDERON-TORRES,
    aka "Cesar Calderon"
    aka "Juan Jose Pulido-Vasquez"

              Defendant.

Case No. 2:22-mj-00870-NJK

**Order on Stipulation
to Extend Deadlines to Conduct
Preliminary Hearing and
File Indictment**

      Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

      IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on November 22, 2022 at the hour of 4:00 p.m., be vacated and continued to February 9, 2023 _____ at the hour of 4:00 p.m. _____.

      DATED this 10th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE